JJD:MEF/PGS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

– – – – – – – – – – – –  X

UNITED STATES OF AMERICA

    - against -

GERVIN VINICIO
BARRERA-PEREZ,
       also known as "Cazador" and
       "Chapin,"

           Defendant.

– – – – – – – – – – – –  X

25-mj-222

**SEALED**

COMPLAINT AND
AFFIDAVIT IN SUPPORT
OF ARREST WARRANT
(T. 8, U.S.C., § 1326(a))

EASTERN DISTRICT OF NEW YORK, SS:

PABLO HUERTA, being duly sworn, deposes and states that he is a Special Agent with the United States Department of Homeland Security, Homeland Security Investigations ("ICE"), duly appointed according to law and acting as such.

On or about February 9, 2025, within the Eastern District of New York and elsewhere, the defendant GERVIN VINICIO BARRERA-PEREZ, also known as "Cazador" and "Chapin," an alien who had previously been removed from the United States, was found in the United States, without the Secretary of the United States Department of Homeland Security and the United States Attorney General having expressly consented to such alien's applying for admission.

(Title 8, United States Code, Sections 1326(a)).

2

The source of your deponent's information and the grounds for his belief are as follows:[1]

1.      I am a Special Agent with HSI, and I was previously a Deportation Officer with Immigration and Customs Enforcement ("ICE"), and I have been involved in the investigation of numerous cases involving the illegal reentry of aliens.   I am familiar with the facts and circumstances set forth below from my participation in the investigation, my review of the ICE investigative file (including the defendant's criminal history record), and from reports of other law enforcement officers involved in the investigation.

2.      The defendant GERVIN VINICIO BARRERA-PEREZ, also known as "Cazador" and "Chapin," is a citizen and national of Guatemala.[2]   Based on my investigation to date, I believe that BARERRA-PEREZ is a member of the transnational criminal organization La Mara Salvatrucha, also known as the "MS-13," whose members operate throughout the United States, including maintaining a significant presence on Long Island, among other areas of the United States, and in Central America, particularly in El Salvador.

3.      On January 6, 2023, BARRERA-PEREZ was arrested in Suffolk County for Robbery in the Second Degree, in violation of New York Penal Law Section 160.10, and Assault in the Third Degree, in violation of New York Penal Law Section 120.00, in connection with events that occurred in Huntington, New York on or about December 19,

---

[1]      Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

[2]      The English translation for "Cazador" is "hunter," and "Chapin" is a nickname often used for people from Guatemala.

3

2022.   On that same date, he was also charged with Criminal Possession of a Controlled Substance in the Seventh Degree, in violation of New York Penal Law Section 220.03.

4.      On February 10, 2023, BARRERA-PEREZ was convicted in Suffolk County of Petit Larceny, in full satisfaction of the prior charges, and on that same date, he was sentenced to an order of protection and 75 days' custody.

5.      On or about February 24, 2023, BARRERA-PEREZ was ordered removed from the United States by an Immigration Judge in New York, New York.   On or about April 13, 2023, BARRERA-PEREZ was deported to Guatemala.

6.      Based on records received from the Suffolk County Police Department ("SCPD"), on or about February 9, 2025 at approximately 7:21 a.m., at the location of 1233 Westbound Sunrise Highway Service Road, Bay Shore, New York 11706, which location houses an unlicensed restaurant business, known as "Griselda's," two individuals were assaulted after a fight broke out (the "Incident").   As a result of the Incident, the SCPD placed two people under arrest, both of whom I believe based on my investigation to date to be members of the Carlington clique of the MS-13, and they were charged with Assault in the Second Degree, a Class D Felony.   I have viewed a video of the Incident (the "Video"), which I obtained from the SCPD, and based on comparing photos of BARRERA-PEREZ from law enforcement databases, as well as BARRERA-PEREZ's immigration file, to the images of the people in the Video, I believe that BARRERA-PEREZ participated in the Incident by punching one of the victims.   Additionally, I know, based on having reviewed the SCPD file, that one of the victims of the Incident identified BARRERA-PEREZ in a photo array as the individual who knocked out his tooth.

4

7.      A search of immigration records has revealed that there exists no request by BARRERA-PEREZ for permission from either the United States Attorney General or the Secretary of the Department of Homeland Security to reenter the United States after removal.

8.      Based on the above, there is probable cause to believe that BARRERA-PEREZ, an alien who had previously been removed from the United States, was found in the United States.

WHEREFORE, your deponent respectfully requests that an arrest warrant be issued for the defendant GERVIN VINICIO BARRERA-PEREZ, also known as "Cazador" and "Chapin," so that he may be dealt with according to law.   Because the defendant does not yet know of the full extent of this investigation and has ties to Guatemala, I further request that this Affidavit, the requested Arrest Warrant and all related papers be filed under seal to prevent the defendant's flight and destruction of evidence.

**PABLO E HUERTA**

Digitally signed by PABLO E HUERTA
DN: cn=PABLO E HUERTA, o=U.S.
Government, ou=People,
email=Pablo.E.Huerta@hsi.dhs.gov, c=US
Date: 2025-06-27T15:12:03-0400

PABLO HUERTA
Special Agent
United States Department of Homeland Security,
Homeland Security Investigations

Sworn to before me this
27 day of June, 2025

s/ Arlene R. Lindsay

THE HONORABLE ARLENE R. LINDSAY
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK